

Edward J. DAVIS, Petitioner, Appellant,

v.

Sidney J. KAGAN, Trustee, Respondent, Appellee.

No. 4956.

United States Court of Appeals First Circuit.

June 13, 1955.

Edward J. Davis, Boston, Mass., pro se.

Sidney J. Kagan, Boston, Mass., for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The order of the District Court is affirmed.

Thornley Durant HARRIS, Appellant,

v.

Rebekah PECK, Executrix of the estate of J. M. Robinson, deceased, Appellee.

No. 6988.

United States Court of Appeals Fourth Circuit.

Argued May 24, 1955.

Decided May 25, 1955.

Israel Steingold, Richmond, Va. (Samuel A. Steingold and Maurice Steingold, Norfolk, Va., on brief), for appellant.

Howard H. Adams, Eastville, Va. (Carroll D. Hagan, Richmond, Va., on brief), for appellee.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal from an order refusing to vacate an order dismissing an action for failure to prosecute. The facts are set forth in the memorandum filed by the judge below and fully warrant the action taken.

Affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

T. A. TREDWAY, an Individual, and S. E. Taylor, an Individual, and d/b/a Taylor Manufacturing Co., Respondents.

No. 15369.

United States Court of Appeals Fifth Circuit.

June 10, 1955.

Marcel Mallet-Prevost, Asst. Gen. Counsel, David P. Findling, Associate Gen. Counsel, N.L.R.B., Arnold Ordman, Morris A. Solomon, Washington, D. C., for petitioner.

No appearance for respondent.

Before HUTCHESON, Chief Judge, JONES, Circuit Judge, and CHRISTENBERRY, District Judge.

PER CURIAM.

No opposition being made thereto, and it appearing that the petition is meritorious, enforcement of the Board's order is granted.